IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| CLEVELAND PARKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO. 1:11-cv-00202-JRH-WLB |
| ) | NOTICE OF DISMISSAL |
| CONTRACT CALLERS, INC. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff has filed with the Clerk of the District Court, Southern District of Georgia Plaintiff's Notice of Voluntary Dismissal of Case Without Prejudice.

**RESPECTFULLY SUBMITTED** this 9th day of January, 2012.

> s/ Dennis R. Kurz
> Dennis R. Kurz
> Georgia Bar No. 430489
> WEISBERG & MEYERS, LLC
> 5025 N. Central Ave. #602
> Phoenix, AZ 85012
> (888) 595-9111 ext. 412
> (866) 842-3303 (fax)
> dkurz@attorneysforconsumers.com
> Attorneys For Plaintiff, Cleveland Parks

Notice Filed electronically on this 9th day of January, 2012, with:

United States District Court CM/ECF system

s/Dana Patch
Dana Patch