IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CLEVELAND PARKS, | * | |
| Plaintiff, | * | |
| v. | * | CV 111-202 |
| CONTRACT CALLERS, INC., | * | |
| Defendant. | * | |

O R D E R

On December 12, 2011, Plaintiff Cleveland Parks filed suit against Defendant Contract Callers, Inc. alleging violations of 15 U.S.C. § 1692e(10), 15 U.S.C. § 1692f, 15 U.S.C. § 1692c(a)(1), and 47 U.S.C. § 227(b)(1)(A)(iii). (Doc. no. 1.) The parties have now submitted to the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a stipulation of dismissal with prejudice. (Doc. no. 8.)

Accordingly, this case is hereby **DIMISSED WITH PREJUDICE.** Each party shall bear its own costs. The Clerk is **DIRECTED** to **TERMINATE** all deadlines and motions, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 23rd day of January, 2012.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA